

## NUMBER 13-12-00113-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**INFORMATION REFERRAL RESOURCE
ASSISTANCE, INC.,**                                                              **Appellant,**

**v.**

**DR. ISMAEL CANTU,**                                                                **Appellee.**

---

**On Appeal from the 275th District Court
of Hidalgo County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Benavides, Vela, and Perkes
Memorandum Opinion Per Curiam**

Appellant, Information Referral Resource Assistance, Inc., attempted to perfect an

appeal from a judgment entered by the 275th District Court of Hidalgo County, Texas, in

cause number C-1003-08-E.  Judgment in this cause was signed on April 8, 2011.

Pursuant to Texas Rule of Appellate Procedure 26.1, appellant's notice of appeal was due on May 9, 2011, but was not filed until February 8, 2012.

On February 24, 2012, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this Court's letter, the appeal would be dismissed. To date, no response has been received from appellant providing a reasonable explanation for the late filing of the notice of appeal.

The Court, having examined and fully considered the documents on file, appellant's failure to timely perfect the appeal, and appellant's failure to respond to this Court's notice, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a)(c).

PER CURIAM

Delivered and filed the
5th day of April, 2012.